MEMORANDUM OPINION

 

No. 04-11-00262-CR

 

IN RE Erica D.
HAYWOOD

 

Original Mandamus
Proceeding[1]

 

PER CURIAM

 

Sitting:          Karen Angelini,
Justice

                     Phylis
J. Speedlin, Justice

                     Steven C.
Hilbig, Justice

 

Delivered and Filed:  April 20,
2011

 

PETITION FOR WRIT OF MANDAMUS
DENIED

 

           On April 6, 2011, relator filed a petition for writ of
mandamus.  The court has considered relator’s petition and is
of the opinion that relator is not entitled to the relief sought.  Accordingly,
the petition for writ of mandamus is DENIED.  See Tex. R. App. P. 52.8(a).   

                                                                                               PER
CURIAM

 

DO NOT PUBLISH

 









[1]
This proceeding arises out of Cause No. NM102293, in the 399th Judicial
District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.